## 32380. POWELL v. POWELL.

UNDERCOFLER, Presiding Justice.

This appeal is from the award of alimony. The wife contends she is entitled to a new trial because of alleged errors of the trial court in the admission or refusal to admit certain evidence. We have reviewed the transcript and find no error.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JUNE 3, 1977 — DECIDED JUNE 28, 1977.

*Reginald C. Wisenbaker, Jim T. Bennett, Jr.,* for appellant.

*Barham & Bennett, Willis L. Miller, III, John Bennett,* for appellee.